### Lisette A. BUTLER

v.

### Gordon J. BUTLER.

#### No. 79–390–A.

Supreme Court of Rhode Island.

Nov. 19, 1981.

Robert R. Afflick, West Warwick, for plaintiff.

Gorham & Gorham, Incorporated, Arthur M. Read II, Providence, for defendant.

#### ORDER

This case is assigned to the *show cause* calendar.

The defendant is directed to appear on a date to be assigned and show cause why his appeal should not be dismissed since defendant's failure to provide a transcript of the lower court proceedings renders meaningful review thereof impossible.